UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Misc. No. 1:07-mc-00574-RCL |
| | ) |
| FARZAD DARUI, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FARZAD DARUI'S OPPOSTION TO
THE U.S. POSTAL SERVICE'S
MOTION TO QUASH THE DECEMBER 21, 2007, SUBPOENA**

Defendant Farzad Darui, by counsel, states as follows in opposition to the U.S. Postal Service's motion to quash the subpoena for documents that was issued by Defendant on December 21, 2007. The Postal Service's motion is similar to the motion it filed in response to the subpoena issued by Defendant dated December 13, 2007, except that the Postal Service does not claim in the instant motion that production of documents would be unreasonable or oppressive. At the status hearing on January 3, 2008, the court advised the parties that it intended to deny the Postal Service's first motion. Defendant requests that the Court deny the Postal Service's second motion to quash for the same reasons.

1.  *Darui requests that this Court order production in conformance with the Privacy Act requirements.*

The only basis on which the Postal Service objects to production of the requested documents is because it was not served with a Judge-signed subpoena or, in the alternative, has not been ordered by this Court to produce the requested information in conformance with the Privacy Act, 5 U.S.C. § 552a. Darui respectfully requests that this Court issue an order requiring production of the requested material in accordance with 5 U.S.C. § 552a(b)(11) by no later than January 25, 2008.

-2-

*2.    **Darui does not object to an extension and agrees to pay reasonable search costs.***

Although the Postal Service requests an extension until January 13, 2008, to produce the requested documents, Defendant is willing to extend the date for production until January 25, 2008. In addition, with respect to the search costs, Darui is wiling to pay the search costs associated with the search for documents.

FARZAD DARUI
By Counsel

/s/ Victoria Toensing
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant


/s/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant

-3-

CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrea McBarnette, Esq.
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Andrea.McBarnette@usdoj.gov

                                                     /S/
                                        Aaron S. Book