UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* U.S. POSTAL SERVICE ) ) ) ) ) ) ) | Misc. Nos. 07-mc-574 (RCL) |

## ORDER

Upon consideration of the government's Motion [1] to Quash Subpoena or, in the Alternative, for Production, and the government's Motion [2] to Quash Second Subpoena or, in the Alternative, to Order Production Subject to Specified Conditions, and the entire record herein, it is hereby

ORDERED that the government's motions [1 and 2] to quash the subpoenas are DENIED; it is further

ORDERED that the government's alternative motions [1 and 2] for production are GRANTED, and the Postal Service shall release the requested records in conformance with the Privacy Act, 5 U.S.C. § 552a; it is further

ORDERED that the Postal Service shall produce the requested records on or before January 25, 2008; and it is further

ORDERED that defendant, Farzad Darui, shall pay for the costs of production of the requested documents.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 8, 2008.